# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JERMAINE JOSEPH DUNLAP,      )
     )
     Petitioner,      )
     )
     v.      )      Civil Action No. 1:22-cv-01798 (UNA)
     )
UNITED STATES DISTRICT COURT      )
IN THE DISTRICT OF COLUMBIA,      )
     )
     Respondent.      )

## MEMORANDUM OPINION

This matter is before the court on its initial review of petitioner's *pro se* petition for writ of habeas corpus, ECF No. 1, which consists of broad observations and challenges petitioner's state conviction and sentence, and an application for leave to proceed *in forma pauperis* ("IFP"), ECF No. 2. Petitioner is currently in the custody of the California Department of Corrections and Rehabilitation, and per the petition, he was convicted in the Superior Court of California, San Bernardino.

Federal court review of state convictions is available under 28 U.S.C. § 2254 only after the exhaustion of available state remedies. 28 U.S.C. § 2254(b)(1). Thereafter, "an application for a writ of habeas corpus [ ] made by a person in custody under the judgment and sentence of a State court . . . may be filed in the district court for the district wherein such person is in custody or in the district court for the district within which the State court was held which convicted and sentenced [petitioner] and each of such district courts shall have concurrent jurisdiction to entertain the application." 28 U.S.C. § 2241(d). Petitioner was convicted and sentenced in California. Therefore, this court lacks jurisdiction over this matter.

Consequently, petitioner's IFP application is granted, and this matter is dismissed without prejudice. A separate order accompanies this memorandum opinion.

Date: July 29, 2022

_____/s/_____
CARL J. NICHOLS
United States District Judge